**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GEORGE STRZELCZYK, | : | No. 170 MM 2018 |
| Petitioner | : | |
| v. | : | |
| PENNA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for Appointment of Counsel are DENIED.